B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
District of South Carolina

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Wharfside Associates, LLC | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 51 Broad Street<br>Charleston, SC 29401 | P.O. Box 1022<br>Charleston, SC 29402 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Charleston County, SC 29401             ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
2 Laurens Street, Charleston SC 29401

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7      ✓ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**Nature of Debts**
(Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
✓ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)
☐ Individual (Includes Joint Debtor)
✓ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business**
(Check **one** box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
✓ Other

**VENUE**

✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

✓ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ✓ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Wharfside Associates,__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Richard T. Yoss, Owner/Member
Signature of Petitioner or Representative (State title)
Blue Ion, LLC                    12/21/2010
Name of Petitioner               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Yoss, owner
301 B King Street
Charleston SC 29401

x /s/ Robert E. Culver            12/22/2010
Signature of Attorney             Date
The Culver Law Firm
Name of Attorney Firm (If any)
575 King Street, Charleston SC 29403
Address
(843) 853-9816
Telephone No.

x /s/ John David Griffin, Vice President
Signature of Petitioner or Representative (State title)
Trident Construction Co.          12/28/2010
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John David Griffin
PO Box 60939
North Charleston 29419

x /s/ Robert E. Culver            12/22/2010
Signature of Attorney             Date
The Culver Law Firm
Name of Attorney Firm (If any)
575 King Street, Charleston SC 29403
Address
(843) 853-9816
Telephone No.

x /s/ Chris Anderson, Member
Signature of Petitioner or Representative (State title)
Places, LLC                       12/20/2010
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Chris Anderson, Member
400 Hibben
Mt. Pleasant 29464

x /s/ Robert E. Culver            12/22/2010
Signature of Attorney             Date
The Culver Law Firm
Name of Attorney Firm (If any)
575 King Street, Charleston SC 29403
Address
(843) 853-9816
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Blue Ion, LLC, 301B King St. Charleston SC 29401 | unsecured web hosting | 971.49 |
| Trident Construction Co.. Box 60939 N. Charleston | unsecured construction | 28,232.88 |
| Places, LLC, 400 Hibben St. #, Mt. Pleasant 29464 | unsecured advertising | 567.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 35,557.18 |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Wharfside Associates,__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/Tom Penny
Signature of Petitioner or Representative (State title)
LS3P Associates, Ltd.
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Tom Penny
205 1/2 King Street
Charleston SC

x /s/ Robert E. Culver                     12/22/2010
Signature of Attorney                            Date
The Culver Law Firm
Name of Attorney Firm (If any)
575 King Street, Charleston SC 29403
Address
(843) 853-9816
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
_____
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney                            Date
_____
Name of Attorney Firm (If any)
_____
Address
_____
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
_____
Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney                            Date
_____
Name of Attorney Firm (If any)
_____
Address
_____
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| LS3P Assoc. Ltd. | unsecured architecture | 5,785.81 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
35,557.18

_____ continuation sheets attached