# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Wharfside Associates, LLC,<br><br>Debtor. | Case No. 10-09210-dd<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, do hereby certify that on February 14, 2011, I have caused the foregoing to be served by mailing said copies by first-class, United States mail, postage prepaid, with return address clearly shown, to the following parties of record:

### RESPONSE TO MOTION OF SALEENA MILLER, AS STATE COURT RECEIVER, PURSUANT TO 11 U.S.C. §543

Morris Ellison
Buist Moore Smythe McGee
POB 999
Charleston, South Carolina 29402-0999

David Swanson
Haynsworth Sinkler Boyd
134 Meeting Street
Charleston, South Carolina 29401

Terry Richardson
Richardson, Patrick, Westbrook & Brickman LLC
Post Office Box 1368
Barnwell, South Carolina 29812

Robert C. Byrd
Parker Poe Adams & Bernstein, LLP
200 Meeting St., Ste. 301
Charleston, South Carolina 29401-3156

Andrew Epting
Andrew K. Epting, LLC
3 State Street
Charleston, South Carolina  29401

Robert A. Kerr, Jr.
Hagood & Kerr, PA
P.O. Box 220
Mt. Pleasant, South Carolina  29465

Stanley H. McGuffin
Haynsworth Sinkler Boyd
Post Office Drawer 11889
Columbia, South Carolina  29201

U.S. Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, South Carolina  29201

Charles Summerall, IV
Buist Moore Smythe McGee
POB 999
Charleston, South Carolina 29402-0999

<u>Linda Emanuele</u>
/s/ Linda Emanuele