**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 10-09210-dd

### ORDER AUTHORIZING THE SALE OF UNIT 1- H OF THE ANSON HOUSE HORIZONTAL PROPERTY REGIME FREE AND CLEAR OF LIENS

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**05/17/2011**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 05/18/2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re: )
)
Wharfside Associates, LLC ) Case No. 10-09210−dd
)
Debtor. )
)
_____ )

**ORDER AUTHORIZING THE SALE OF UNIT 1- H OF THE ANSON HOUSE
HORIZONTAL PROPERTY REGIME FREE AND CLEAR OF LIENS**

This matter comes before the Court on the Motion of Interim Custodian Saleena Miller seeking authority to sell the estate's interest in Unit 1-H of the Anson House Horizontal Property Regime free and clear of liens pursuant to 11 U.S.C. §§ 363(b)(1) and (f), Rule 6004 of the Federal Rules of Bankruptcy Procedure ("Rule 6004") and SC LBR 6004-1 (the "Motion").

The Court has been informed that all parties in interest have been notified of the Interim Custodian's intention to sell said property and that no objection to the proposed sale has been received or filed by any party with the Court. The Interim Custodian has informed the Court that such sale is in the best interest of debtor, creditors of the estate and other unit owners in the Anson House Horizontal Property Regime. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that pursuant to 11 U.S.C. § 363(b), the Interim Custodian is authorized and directed to consummate the sale of Unit 1-H pursuant to the terms of Purchase Agreement attached to the Motion.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the stay provided by Rule 6004 does not apply to this sale.

AND IT IS SO ORDERED.

1