# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 10-09210-dd

### ORDER APPROVING SETTLEMENT AND COMPROMISE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**05/17/2011**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 05/18/2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | |
| Wharfside Associates, LLC, ) | CHAPTER 11 (Involuntary) |
| ) | |
| Debtor. ) | Case No. 10-09210−dd |
| ) | |
| _____ ) | |

## ORDER APPROVING SETTLEMENT AND COMPROMISE

This matter comes before the Court pursuant to the Notice and Application for Settlement filed and served by Saleena Miller, Interim Custodian. This is a core proceeding over which the Court has jurisdiction pursuant to 28 U.S.C. § 157(b) (2) (A).

The Interim Custodian has reached a settlement with the Estate of W. Robert Kinard in connection with an escrow deposit to which the Alleged Debtor is a party. It appears that notice of this agreement has been provided to all creditors and parties in interest pursuant to F.R.Bankr.P. 9019 and SC LBR 9019-1 and that no objections to this notice and agreement have been filed.

NOW THEREFORE, IT IS ORDERED,

1. The Agreement of the parties is approved.

2. The Interim Custodian and the escrow agent, Places, LLC, are authorized to pay Susan Kinard as Personal Representative of the Estate of W. Robert Kinard Fifty (50%) Percent of the Escrow Deposit relating to W. Robert Kinard's escrow deposit for Unit 1H of Anson House.

3. The escrow agent shall pay the other Fifty (50%) Percent of the escrow deposit to Saleena Miller, Interim Custodian.

AND IT IS SO ORDERED.

1